Kurt M. BOHONSKY, Appellant,

v.

STATE of Missouri, Respondent.

WD 79969

Missouri Court of Appeals,
Western District.

Filed: August 29, 2017

Margaret M. Johnston and Casey A. Taylor, Assistant Public Defenders, Columbia, MO, for Appellant.

Joshua D. Hawley, Attorney General, and Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division One: James E. Welsh, Presiding Judge, Lisa White Hardwick and Gary D. Witt, Judges

### ORDER

Per Curiam

Kurt Bohonsky appeals from the denial of his Rule 24.035 motion for post-conviction relief. He contends the motion court erred in denying his claim that plea counsel was ineffective because the court applied the incorrect standard in reviewing his claim for ineffective assistance of plea counsel. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the motion court's judgment.

AFFIRMED. Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Buddy James WICKIZER, Appellant.

WD 79627

Missouri Court of Appeals,
Western District.

ORDER FILED: August 29, 2017

Joshua D. Hawley, Attorney General, and Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Susan L. Hogan, Appellate Defender, Kansas City, MO, Attorney for Appellant.

Before Division Two: Edward R. Ardini, Jr., Presiding Judge, and Karen King Mitchell and Anthony Rex Gabbert, Judges

### Order

Per Curiam:

Following a jury trial, Buddy Wickizer appeals the trial court's decision to admit certain testimony given by the victim's grandmother. Wickizer argues the testimony was inadmissible hearsay because Grandmother was not disclosed under § 491.075 as a witness who would testify about the victim's out-of-court statements and because Grandmother's testimony was not admissible under the hearsay exception recognized by § 491.075. We affirm. Rule 30.25(b).